LOUISA EBERLE (SBN 320803)
Sierra Club
1536 Wynkoop St. Suite 200
Denver, CO 80202
(415) 977-5765
louisa.eberle@sierraclub.org
ANDREA ISSOD (SBN 230920)
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5544
andrea.issod@sierraclub.org
**Counsel for Plaintiff Sierra Club**

PATTON DYCUS (*pro hac vice* application to be filed)
Environmental Integrity Project
315 W. Ponce de Leon Avenue, Suite 842
Decatur, GA 30030
(404) 446-6661
pdycus@environmentalintegrity.org
**Counsel for Plaintiff Environmental Integrity Project**

EMILY DAVIS (SBN 314152)
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
(415) 875-6100
edavis@nrdc.org
**Counsel for Plaintiff Natural Resources Defense Council**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB<br>2101 Webster St., Ste. 1300<br>Oakland, CA 94612,<br><br>ENVIRONMENTAL INTEGRITY PROJECT<br>1000 Vermont Ave., NW, Ste. 1100<br>Washington, DC 20005,<br><br>and<br><br>NATURAL RESOURCES DEFENSE COUNCIL<br>111 Sutter St., 21st Fl<br>San Francisco, CA 94104<br>Plaintiffs,<br><br>v.<br><br>MICHAEL REGAN, in his official capacity as Administrator,<br>U.S. Environmental Protection Agency,<br>1200 Pennsylvania Ave., NW<br>Washington, DC 20460,<br>Defendant. | Civ. No. _____<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br>**(Clean Air Act Mandatory Deadline Case)** |

Pursuant to Civil L.R. 3-15, the undersigned certify that as of this date, other than the named parties, there is no such interest to report.

Dated: September 8, 2021

Respectfully submitted,

/s/ Louisa Eberle
Louisa Eberle
Sierra Club
1536 Wynkoop St., Suite 200
Denver, CO 80202
(415) 977-5753
louisa.eberle@sierraclub.org

Andrea Issod
Sierra Club
2101 Webster St., Suite 1300
Oakland, CA 94612
(415) 977-5544
andrea.issod@sierraclub.org

*Counsel for Sierra Club*

/s/ Patton Dycus
Patton Dycus (*pro hac vice* application to be filed)
Environmental Integrity Project
315 W. Ponce de Leon Ave., Suite 842
Decatur, GA 30030
(404) 446-6661
pdycus@environmentalintegrity.org

*Counsel for Environmental Integrity Project*

/s/ Emily Davis
Emily Davis
Natural Resources Defense Council
111 Sutter St., 21st floor
San Francisco, CA 94104
(415) 875-6100
edavis@nrdc.org

*Counsel for Natural Resources Defense Council*