**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SIERRA CLUB, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) Civ. No. 4:21-cv-06956 SBA |
| | ) |
| v. | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER TO ENLARGE TIME FOR** |
| MICHAEL S. REGAN, in his official | ) **DEFENDANT'S ANSWER AND TO** |
| capacity as the Administrator of the | ) **CONTINUE CASE MANAGEMENT** |
| United States Environmental Protection | ) **CONFERENCE** |
| Agency, | ) |
| *Defendant.* | ) |
| | ) |

Plaintiffs Sierra Club, Natural Resources Defense Council, and Environmental Integrity Project and Defendant Michael S. Regan, Administrator of the United States Environmental Protection Agency (collectively, the "Parties") stipulate as follows:

1. The Parties met and conferred on October 21, 2021. During that meeting, the Parties agreed to pursue settlement options and, in that vein, ask this Court for a 60-day extension.

2. The Parties further agreed that a 60-day extension of litigation proceedings would be beneficial to the Parties and conserve efficient use of the Court's resources while the Parties seek to negotiate a resolution to this case.

3. There have been no previous time modifications in this case.

4. Plaintiffs filed their complaint on September 8, 2021 and completed service on September 9, 2021, such that Defendant's response is currently due on November 8, 2021. Dkt. No. 17. A 60-day extension would change Defendant's response deadline to January 7, 2022.

5. This Court set November 24, 2021 as the last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan. Dkt. No. 5. A 60-day extension would change this deadline to January 24, 2022.

6. This Court set December 8, 2021 as the deadline to file a Rule 26(f) Report, complete initial disclosures or state an objection in a Rule 26(f) Report, and file a Case Management Statement. *Id.* A 60-day extension would change this deadline to February 7, 2022.

7. The Case Management Conference for this case is currently scheduled for December 16, 2021 at 2:45 P.M. Dkt. No. 15. The Parties request that the Court reschedule this Conference for Thursday, February 17, 2022.

8. The Parties respectfully request this Court enter this stipulation and extend all litigation deadlines for 60 days as outlined above, and to continue the Case Management Conference until Thursday, February 17, 2022, or at such later time as is convenient for the Court.

9. Pursuant to Local Civil Rule 5-1(h)(3), the undersigned counsel for Defendant attests that the other signatories listed below concur in the filing of this document.

Dated: November 3, 2021

Respectfully submitted,

*s/ Andrew Coghlan*
Andrew Coghlan (SBN **313332**)
United States Department of Justice
Environment and Natural Resources Division
150 M Street, N.E.
Washington, D.C. 20002
Tel: (202) 514-9275
andrew.coghlan@usdoj.gov

*Counsel for Defendant*

*s/ Louisa Eberle*
Louisa Eberle (SBN **320803**)
Sierra Club
1536 Wynkoop Street, Suite 200
Denver, CO 80202
Tel: (415) 977-5765
louisa.eberle@sierraclub.org

*s/ Andrea Issod*
Andrea Issod (SBN **230920**)
Sierra Club
2101 Webster Street, Suite 1300

*s/ Emily Davis*
Emily Davis (SBN **314152**)
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Tel: (415) 875-6100
edavis@nrdc.org

*Counsel for Plaintiff Natural Resources Defense Council*

*s/ Patton Dycus*
Patton Dycus (*pro hac vice*)
Environmental Integrity Project
315 W. Ponce de Leon Avenue, Suite 842
Decatur, GA 30030
Tel: (404) 446-6661
pdycus@environmentalintegrity.org

*Counsel for Plaintiff Environmental Integrity Project*

Oakland, CA 94612
Tel: (415) 977-5544
andrea.issod@sierraclub.org

*Counsel for Plaintiff Sierra Club*

                              *      *      *

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____
                                                              SAUNDRA B. ARMSTRONG
                                                              United States District Judge