# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

SIERRA CLUB, *et al.*,

                  *Plaintiffs*,

           v.

MICHAEL S. REGAN, in his official capacity as the Administrator of the United States Environmental Protection Agency,

                  *Defendant.*

Civ. No. 4:21-cv-06956-SBA

**THIRD STIPULATION AND ORDER TO ENLARGE TIME FOR DEFENDANT'S ANSWER AND TO CONTINUE CASE MANAGEMENT CONFERENCE**

Plaintiffs Sierra Club, Natural Resources Defense Council, and Environmental Integrity Project and Defendant Michael S. Regan, Administrator of the United States Environmental Protection Agency ("EPA") (collectively, the "Parties") stipulate as follows:

1. The Parties have reached an agreement in principle and are currently negotiating and finalizing the terms of a proposed Consent Decree.

2. Approval of any settlement on behalf of EPA requires review and approval by the authorized officials at EPA and the United States Department of Justice ("DOJ"). Approval of the settlement on behalf of Plaintiffs requires review and approval by the various decision makers within Sierra Club, Natural Resources Defense Council, and Environmental Integrity Project.

3. The Parties agree that an additional 30 days is adequate time to complete this review.

3. There have been two other time modification for this case that each extended all litigation deadlines for 60 days. Dkt. Nos. 20, 24.

4. Defendant's response deadline is currently March 8, 2022. Dkt. No. 24. A 30-day extension would change Defendant's response deadline to April 7, 2022.

5. Currently, March 25, 2022 is the Parties' last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan. *Id.* A 30-day extension would change this deadline to April 25, 2022.

7. The Case Management Conference for this case is currently scheduled for Thursday, April 21, 2022 at 2:30 P.M. *Id.* The Parties request that the Court reschedule this Conference for Thursday, May 26, 2022, or at such later time as is convenient for the Court.

8. This Court set April 14, 2022—seven days before the previously scheduled Case Management Conference—as the Parties' deadline to file a Rule 26(f) Report, complete initial disclosures or state an objection in a Rule 26(f) Report, and file a Case Management Statement. *Id.* The Parties request that the Court reschedule this deadline for May 19, 2022.

8. The Parties respectfully request this Court enter this stipulation and extend all litigation deadlines for 30 days as outlined above, and to continue the Case Management Conference until Thursday, May 26, 2022, or at such later time as is convenient for the Court.

9. Pursuant to Local Civil Rule 5-1(h)(3), the undersigned counsel for Defendant attests that the other signatories listed below concur in the filing of this document.

Dated: March 7, 2022                                    Respectfully submitted,

s/ *Paul Caintic*                                          s/ *Emily Davis*
Paul Caintic (D.C. Bar No. 1779847)         Emily Davis (SBN 314152)
Andrew Coghlan (SBN 313332)                 Natural Resources Defense Council
United States Department of Justice           111 Sutter Street, 21st Floor
Environment & Natural Resources Division   San Francisco, CA 94104
150 M Street, N.E.                                    Tel: (415) 875-6100
Washington, D.C. 20002                            edavis@nrdc.org
Tel: (202) 514-2593
paul.caintic@usdoj.gov                             *Counsel for Plaintiff Natural Resources Defense Council*

*Counsel for Defendants*
                                                            s/ *Patton Dycus*
s/ *Louisa Eberle*                                     Patton Dycus (*pro hac vice*)
Louisa Eberle (SBN 320803)                    Environmental Integrity Project
Sierra Club                                             315 W. Ponce de Leon Avenue, Suite 842
1536 Wynkoop Street, Suite 200             Decatur, GA 30030
Denver, CO 80202                                  Tel: (404) 446-6661
Tel: (415) 977-5765                                pdycus@environmentalintegrity.org

STIPULATION AND ORDER TO ENLARGE TIME CASE NO.
4:21-CV-06956-SBA
PAGE 2

1   louisa.eberle@sierraclub.org

                                                    *Counsel for Plaintiff Environmental*
2   s/    *Andrea Issod*                            *Integrity Project*

3   Andrea Issod (SBN 230920)
    Sierra Club
4   2101 Webster Street, Suite 1300
    Oakland, CA 94612
5   Tel: (415) 977-5544
6   andrea.issod@sierraclub.org

7   *Counsel for Plaintiff Sierra Club*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                                    *        *        *

2   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4   DATED: 3/22/2022                _Saundra B. Armstrong_  RS
                                    Richard Seeborg for Saundra B. Armstrong
5                                   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28