**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

|  |  |
|---|---|
| SIERRA CLUB, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) Civ. No. 4:21-cv-06956-SBA |
| | ) |
| v. | ) **STIPULATION AND ORDER TO** |
| | ) **VACATE REMAINING** |
| MICHAEL S. REGAN, in his official | ) **DEADLINES** |
| capacity as the Administrator of the | ) |
| United States Environmental Protection | ) |
| Agency, | ) |
| *Defendant*. | ) |

Plaintiffs Sierra Club, Natural Resources Defense Council, and Environmental Integrity Project and Defendant Michael S. Regan, Administrator of the United States Environmental Protection Agency ("EPA") (collectively, the "Parties") stipulate as follows:

1.  The Parties have reached an agreement that would resolve all issues remaining in this matter, other than the claim for costs of litigation, including attorneys' fees, and have memorialized that agreement in a proposed Consent Decree.

2.  The appropriate officials at EPA and the United States Department of Justice and the appropriate decision makers at Sierra Club, Natural Resources Defense Council, and Environmental Integrity Project have approved the proposed Consent Decree.

3.  Pursuant to section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g), EPA published a notice of the settlement in the *Federal Register* and held open a public comment period that allowed persons not named in this case to comment on the proposed Consent Decree.  Proposed Consent Decree, Clean Air Act Citizen Suit, 87 Fed. Reg. 21,118 (Apr. 11, 2022).  EPA and DOJ have considered the comments received and concluded that the comments did not disclose facts or considerations that warrant EPA or DOJ withholding consent.

4.  The Parties have moved to enter the proposed Consent Decree.  Dkt. No. 32.

1    5.  In light of the Parties' impending settlement, the Parties request that the Court vacate

2  all remaining litigation deadlines in this case as originally set forth in Dkt. No. 5 and as extended

3  in Dkt. No. 31.

4    6.  Pursuant to Local Civil Rule 5-1(h)(3), the undersigned counsel for Defendant attests

5  that the other signatories listed below concur in the filing of this document.

6

7

8  Dated: June 21, 2022                                   Respectfully submitted,

9  s/ Paul Caintic                                         s/ Emily Davis
   Paul Caintic (D.C. Bar No. 1779847)                     Emily Davis (SBN 314152)
10 Andrew Coghlan (SBN 313332)                             Natural Resources Defense Council
   United States Department of Justice                     111 Sutter Street, 21st Floor
11 Environment & Natural Resources Division                San Francisco, CA 94104
   150 M Street, N.E.                                      Tel: (415) 875-6100
12 Washington, D.C. 20002                                  edavis@nrdc.org
   Tel: (202) 514-2593
13 paul.caintic@usdoj.gov                                  Counsel for Plaintiff Natural Resources
14                                                         Defense Council

15 Counsel for Defendants

16 s/ Louisa Eberle                                        s/ Patton Dycus
   Louisa Eberle (SBN 320803)                              Patton Dycus (pro hac vice)
17 Sierra Club                                             Environmental Integrity Project
   1536 Wynkoop Street, Suite 200                          315 W. Ponce de Leon Avenue, Suite 842
18 Denver, CO 80202                                        Decatur, GA 30030
19 Tel: (415) 977-5765                                     Tel: (404) 446-6661
   louisa.eberle@sierraclub.org                            pdycus@environmentalintegrity.org
20
21 s/ Andrea Issod                                         Counsel for Plaintiff Environmental
   Andrea Issod (SBN 230920)                               Integrity Project
22 Sierra Club
   2101 Webster Street, Suite 1300
23 Oakland, CA 94612
24 Tel: (415) 977-5544
   andrea.issod@sierraclub.org
25
26 Counsel for Plaintiff Sierra Club

27

28

1                                *     *     *

2 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4 DATED: 6/27/2022                            _____ RS

5                                  Richard Seeborg for Saundra B. Armstrong
                                 United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28