# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB, *et al.*, | Case No. 4:21-cv-06956-SBA |
| *Plaintiffs*, | **NOTICE OF COSTS AND FEES SETTLEMENT AND JOINT STIPULATION AND ORDER EXTENDING PLAINTIFFS' DEADLINE TO FILE A MOTION FOR ATTORNEYS' FEES AND COSTS** |
| v. | |
| MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency, | |
| *Defendant.* | |

Plaintiffs Sierra Club, Natural Resources Defense Council, and Environmental Integrity Project, and Defendant Michael S. Regan, in his official capacity as Administrator of the United States Environmental Protection Agency (collectively, the "Parties"), hereby stipulate as follows:

1. On June 27, 2022, the Court entered a Consent Decree (Dkt. No. 38) resolving all of Plaintiffs' non-moot claims, other than Plaintiffs' claim for costs of litigation, and moving Plaintiffs' deadline to file a motion for attorneys' fees and costs by ninety days, or September 26, 2022.

2. The Parties subsequently engaged in settlement negotiations to resolve Plaintiffs' claim for attorneys' fees and costs.

3. The Parties reached settlement and memorialized their agreement regarding attorneys' fees and costs on September 22, 2022.

4. The Parties' agreement provides Defendant 120 days, until January 20, 2023, to make the agreed upon payment and provides Plaintiffs with the option to petition this Court for attorneys' fees and costs if Defendant fails to make such payment in time.

5. Plaintiffs' deadline to file a motion for attorneys' fees and costs in this matter shall hereby be extended to February 20, 2023.

Respectfully submitted this 23rd day of September, 2022.

| COUNSEL FOR PLAINTIFFS: | Respectfully submitted, |

<u>s/ Louisa Eberle</u>
Louisa Eberle (SBN 320803)
Sierra Club
1536 Wynkoop Street, Suite 200
Denver, CO 80202
Tel: (415) 977-5765
louisa.eberle@sierraclub.org

Andrea Issod (SBN 230920)
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
Tel: (415) 977-5544
andrea.issod@sierraclub.org

*Attorneys for Sierra Club*

<u>s/ Patton Dycus</u>
Patton Dycus (*pro hac vice*)
Environmental Integrity Project
315 W. Ponce de Leon Avenue, Suite 842
Decatur, GA 30030
Tel: (404) 446-6661
pdycus@environmentalintegrity.org

*Attorney for Environmental Integrity Project*

<u>s/ Emily Davis</u>
Emily Davis (SBN 314152)
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Tel: (415) 875-6100
edavis@nrdc.org

*Attorney for Natural Resources Defense Council*

COUNSEL FOR DEFENDANT:

<u>s/ Paul Caintic</u>
Paul Caintic (D.C. Bar No. 1779847)
Andrew Coghlan (SBN 313332)
United States Department of Justice
Environment and Natural Resources Division

150 M Street N.E.
Washington, D.C. 20002
Tel. (202) 514-2593
paul.caintic@usdoj.gov

\*   \*   \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October 3, 2022

*(signed)* RS
Richard Seeborg for Saundra B Armstrong
United States District Judge