UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

|  |  |
|---|---|
| SIERRA CLUB, *et al.*,<br>　　　　　*Plaintiffs*,<br><br>　　　　v.<br><br>MICHAEL S. REGAN, in his official capacity as the Administrator of the United States Environmental Protection Agency,<br>　　　　　*Defendant.* | Civ. No. 4:21-cv-06956-SBA<br><br>**NOTICE OF STIPULATED EXTENSION OF CONSENT DECREE DEADLINE** |

　　　　Plaintiffs Sierra Club, Natural Resources Defense Council, and Environmental Integrity Project and Defendant Michael S. Regan, Administrator of the United States Environmental Protection Agency ("EPA") (collectively, the "Parties"), pursuant to Paragraph 6 of the Consent Decree (ECF No. 38), file this stipulation to notify the Court that the Parties have stipulated to an extension of EPA's Consent Decree deadlines to take final action on a state implementation plan ("SIP") submission from the state of Louisiana.

　　　　WHEREAS, under Paragraph 1.h. of the Consent Decree, the appropriate EPA official shall sign a final rule for publication in the *Federal Register* that approves, disapproves, conditionally approves, or approves in part and conditionally approves or disapproves in part a SIP submission from the state of Louisiana by no later than October 20, 2023, *see* Consent Decree ¶ 1.h.;

　　　　WHEREAS, Paragraph 6 of the Consent Decree provides that "[t]he deadlines in [the] Consent Decree may be extended (a) by written stipulation of the Plaintiffs and EPA with notice to the Court . . . ." Consent Decree ¶ 6;

　　　　WHEREAS, EPA requires additional time to take final action on the SIP submission from Louisiana listed in Paragraph 1.h. of the Consent Decree in order to complete its consideration of the comments that EPA received in response to its proposed action on

Louisiana's SIP submission.  Air Plan Disapproval; Louisiana; Excess Emissions, 88 Fed. Reg. 38448 (June 13, 2023).

WHEREAS, the Parties have therefore agreed to extend EPA's deadline to take final action on Louisiana's SIP submission by forty-five (45) days to December 4, 2023.

NOW THEREFORE, Plaintiffs and EPA hereby stipulate as follows:

1. EPA's deadline to take final action on the SIP submission from Louisiana listed in Paragraph 1.h. of the Consent Decree and titled "Louisiana State Implementation Plan (SIP) Update in Response to EPA's SSM SIP Call" is hereby extended from October 20, 2023 to December 4, 2023.

Dated:  October 12, 2023

Respectfully submitted,

s/ Paul Caintic[1]
Paul Caintic (D.C. Bar No. 1779847)
Andrew Coghlan (SBN 313332)
United States Department of Justice
Environment & Natural Resources Division
150 M Street, N.E.
Washington, D.C. 20002
Tel: (202) 514-2593
paul.caintic@usdoj.gov

*Counsel for Defendant*

s/ Louisa Eberle
Louisa Eberle (SBN 320803)
Sierra Club
1536 Wynkoop Street, Suite 200
Denver, CO 80202
Tel: (415) 977-5765
louisa.eberle@sierraclub.org

s/  Andrea Issod
Andrea Issod (SBN 230920)
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
Tel: (415) 977-5544

s/ Emily Davis
Emily Davis (SBN 314152)
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Tel: (415) 875-6100
edavis@nrdc.org

*Counsel for Plaintiff Natural Resources Defense Council*

s/ Patton Dycus
Patton Dycus (*pro hac vice*)
Environmental Integrity Project
315 W. Ponce de Leon Avenue, Suite 842
Decatur, GA 30030
Tel: (404) 446-6661
pdycus@environmentalintegrity.org

*Counsel for Plaintiff Environmental Integrity Project*

---

[1] Pursuant to Local Civil Rule 5-1(h)(3), the undersigned counsel for Defendant attests that the other signatories listed concur in the filing of this document.

1  andrea.issod@sierraclub.org

2  *Counsel for Plaintiff Sierra Club*

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28